Before the First Division, December 15, 1958

**No. 62594.**—L. Matousek v. United States, protests 285275–K, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of shells the same in all material respects as those the subject of Abstract 62251, the claim of the plaintiff was sustained.

**No. 62595.**—Fabry Associates, Inc. v. United States, protest 330497–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.